Ruth L. Cohen, Esq. (NV Bar 1782)
Email: rcohen@caplawyers.com
Paul S. Padda, Esq. (NV Bar 10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, LLP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY J. McCURRY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GRAND PRODUCTS, INC.; GRAND PRODUCTS NEVADA, INC.;<br><br>    Defendants. | Case No. 2:12-cv-01777-GMN-VCF |

### STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE

TO ALL PARTIES AND TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff SHIRLEY J. McCURRY, by and through her attorneys, Ruth L. Cohen, Esq., and Paul S. Padda, Esq., of COHEN & PADDA, LLP, and Defendants GRAND PRODUCTS, INC., and GRAND PRODUCTS, NEVADA LLC, by and through their attorneys of record, Howard E. Cole, Esq., Chantal D. Walker, Esq., and Jennifer K. Hostetler, Esq., of LEWIS & ROCA, LLP., that this entire action is hereby

/ / /

/ / /

/ / /

dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 4th day of March, 2013

COHEN & PADDA, LLP

_____
Ruth L. Cohen, Esq.
Nevada bar. No: 1782
Paul S. Padda, Esq.
Nevada Bar No.: 10417
4240 West Flamingo Road, #220
Las Vegas, Nevada 89103
Attorneys for Plaintiff

Dated this 5th day of March 2013.

LEWIS & ROCA. LLP

_____
Howard E. Cole, Esq.
Nevada Bar No.: 4950
Chantel D. Walker, Esq.
Nevada Bar No.: 7640
Jennifer K. Hostetler, Esq.
Nevada Bar No.: 11994
3993 Howard Hughes Pkway, #600
Las Vegas, Nevada 89169
Attorneys for Defendants

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that this entire action be dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED

**DATED** this 5th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted

_____
Ruth L. Cohen, Esq.